**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LISA HERRERA and
DENNIS HERRERA,

    Plaintiffs,

v.                                            Case No: 8:12-cv-2484-T-30EAJ

HILLSBOROUGH COUNTY SCHOOL
BOARD and HILLSBOROUGH
COUNTY SCHOOL DISTRICT,

    Defendants.

## ORDER

THIS CAUSE comes before the Court *sua sponte*. The Court has been advised that the parties have reached a tentative settlement. Accordingly, upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.     This case is STAYED.

2.     The Clerk is directed to terminate any pending motions as moot in light of the parties' tentative settlement.

3.     The parties are directed to file a Joint Status Report within thirty (30) days of the date of this Order. Failure to do so will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of March, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2012\12-cv-2484 settle.docx